Kelly HODSON, Appellant,

v.

Steven BENKE, Respondent.

No. WD 68617.

Missouri Court of Appeals,
Western District.

May 6, 2008.

G. Brad Crowell, Columbia, MO, for appellant.

Charles J. Dykhouse, Columbia, MO, for respondent.

Before PAUL M. SPINDEN, P.J.,
JAMES EDWARD WELSH, and ALOK
AHUJA, JJ.

### ORDER

PER CURIAM.

Kelly Hodson appeals the circuit court's judgment dismissing her motion to modify child support order. We affirm. Rule 84.16(b).